AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>EVAN ANDREW BUBBERS<br>a/k/a "sunbob1234"<br><br>*Defendant(s)* | Case No.<br>3:21-mj-1209-PDB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 9, 2020__ in the county of __Duval__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) and (b)(1) | Distribution of child pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Katherine Spina, NCIS
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/31/2021

_____
Judge's signature

City and state: Jacksonville, Florida

Patricia D. Barksdale, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Katherine Spina, being duly sworn, state as follows:

1.  I am a Special Agent (SA) with the Naval Criminal Investigative Service (NCIS) and have been so employed since January 2019. I am currently assigned to the NCIS Resident Agency Jacksonville Florida, where I investigate crimes committed by personnel of the United States Navy and United States Marine Corp. I am a graduate of the Department of Homeland Security Federal Law Enforcement Training Center, Criminal Investigator Training Program and a graduate of the NCIS Special Agent Basic Training Program. This training qualifies me as a Federal Law Enforcement Officer of the United States of America. I have received more than 450 hours of training in criminal investigations and law enforcement techniques, to include firearms training, as well as training in defensive tactics, crime scene processing, interview and interrogation. Additionally, I am trained as a child forensic interviewer, with the ability to conduct forensically sound interviews of children, who have witnessed or have been victimized in the commission of a crime. I hold a Bachelor of Arts (B.A.) double major in Forensic Biology and Psychology from Guilford College, North Carolina, and a Master of Science in Forensic Science from George Mason University, Virginia. Prior to NCIS, I worked at the National Center for Missing and Exploited Children (NCMEC), within the Missing Children Division. Based on my training and education, I have extensive knowledge of crimes against children. Since becoming a Special Agent with NCIS, I have worked with experienced Special Agents, local law enforcement personnel and non-sworn professionals, who investigate crimes against

children. In the performance of my duties, I have investigated and assisted in the investigation of matters involving crimes against children including the possession, distribution and production of child pornography, solicitation of minors, child abuse, child sexual assault and rape.

2. Specifically, I have assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251 and 2252. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on information I obtained from my personal observations, as well as from records and information directly provided to me by experienced law enforcement officers and personnel. This affidavit is being submitted for the limited purpose of establishing probable cause for the following criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that EVAN ANDREW BUBBERS has committed a violation of 18 U.S.C. § 2252(a)(2) and (b)(1), that is, distribution of child pornography.

4. I make this affidavit in support of a criminal complaint against EVAN ANDREW BUBBERS, a/k/a "sunbob1234," that is, on or about December 9, 2020, in the Middle District of Florida, EVAN ANDREW BUBBERS, a/k/a "sunbob1234," did knowingly distribute a visual depiction using any means and

facility of interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

5. On March 17, 2021, Special Agent Nick Auletta with Naval Criminal Investigative Service Resident Agency (NCISRA) in Jacksonville, Florida told me he was notified on the same date by Detective Ashley Corbett of the Jacksonville Sheriff's Office (JSO) of a CyberTipline report (CyberTip) generated from NCMEC. NCMEC reported a particular social media application ("Chat Application A") filed a CyberTip regarding images of potential child pornography. The CyberTip indicated that the images had been uploaded/shared with users or a group of users and Chat Application A had viewed the images of child pornography it had reported to NCMEC. I received the Cybertip from SA Auletta on March 29, 2021 and reviewed it on the same date.

6. On March 29, 2021, I received a DVD of the images of potential child pornography from JSO Det. Corbett and I reviewed them on the same date. According to the NCMEC CyberTip, four (4) potential child pornography files were uploaded to Chat Application A by the username "sunbob1234" on December 9, 2020. Three of the four files appear to be the same video, with just different file names. The fourth file is a PDF of subscriber information and not a file containing child pornography. The three files appearing to show the same video depict one prepubescent child, laying on her back, with a pink, pattern pillow behind the head. The child is nude, with a brief visual of the child's chest. The video begins with an unknown adult left hand masturbating an unknown adult penis. The video shows the adult penis inserted into

the child's mouth, pulled out and ejaculated into the child's mouth. The video focuses on the inside of the child's mouth, viewing semen in the mouth. The child swallows the semen and proceeds to open her mouth to show the semen no longer in the mouth. The adult penis is then placed back into the child's mouth, multiple times, prior to the video ending. Based on my training and experience, I believe the video shows a prepubescent child based on the childlike features of the child, including small teeth, arms, torso, and facial features. Based on my training and experience, I concluded that this video contained a visual depiction of a minor engaged in sexually explicit conduct and constitutes child pornography pursuant to pursuant to 18 U.S.C. § 2256.

7.  Based on my training and experience and conversations with other investigators, I learned that Chat Application A is often used by individual users to meet online, engage in conversation through private messages, and share photographs and other content. I also learned that the use of Chat Application A necessarily involves the use of the Internet, which I know to be a facility of interstate commerce. Based on my training and experience and conversations with other investigators, I also learned that Chat Application A is often used by individuals who have a sexual interest in children as a platform to identify other like-minded individuals to trade, distribute, and receive child pornography.

8.  On March 30, 2021, JSO Det. Corbett told me JSO associated the IP address 69.180.83.57 with EVAN ANDREW BUBBERS. On March 1, 2021, JSO Det. Corbett had issued a subpoena to Comcast for subscriber information for IP address 69.180.83.57. On March 3, 2021, Comcast provided responsive documents to

the subpoena, which I have reviewed. The responsive documents indicated the IP address was associated with EVAN BUBBERS, 822B BEQ BLDG RM3243, Jacksonville, Florida. Based on my knowledge of Naval Air Station Jacksonville, I understood this address to refer to the barracks where members of the military are housed.

9. On March 30, 2021, I researched EVAN ANDREW BUBBERS in a Department of Defense database and confirmed he was stationed at Naval Air Station Jacksonville. I learned BUBBERS was assigned to United States Navy command, Patrol Squadron Thirty (VP-30) for his work assignment.

10. On March 30, 2021, I contacted VP-30 to have BUBBERS transported to the NCISRA Jacksonville Building, located on Naval Air Station Jacksonville, Florida, at 659 Enterprise Avenue, Jacksonville, Florida, in connection with a cybertip investigation.

11. On March 30, 2021, BUBBERS was escorted by his command to the NCIS Building. Shortly thereafter, NCIS Special Agents Michael Fieber and I retrieved BUBBERS from his command and met with BUBBERS for an interview. The interview was audio/video recorded. After being advised of his constitutional rights through the military acknowledgement of rights, BUBBERS acknowledged his rights, verbally and in writing waived those rights, and agreed to speak with us. During this interview, BUBBERS stated, in summary and among other things, the following:

   a. BUBBERS stated he had viewed and downloaded child pornography of minors as young as five years old but was unsure if the children were

5

younger in age.

  b.  BUBBERS admitted to uploading and sharing videos of child pornography on Chat Application A through group chats or direct messages, including a video of an adult engaging in oral sex with a young child that seemed consistent with the video described above from the CyberTip.

  c.  BUBBERS stated he initially started viewing older minors engaging in sexual activity and the age of the children kept getting younger. As one group chat would fade out or chat less, BUBBERS would join other groups. These groups got more graphic, the age of the children younger, and the content "worse."

  d.  BUBBERS said he stopped viewing child pornography when he was about 17 years old but resumed viewing it when he was about 19 years old. He said he was still actively looking at child pornography.

  e.  BUBBERS stated he had child pornography located on his cell phone. BUBBERS identified the location of the stored child pornography images/videos, which was located in the "Hidden" folder of his iPhone gallery. BUBBERS estimated he had under 75 videos on his phone. These videos consisted of males and females who had not hit puberty engaging in sexual activity. BUBBERS consented verbally and in writing to a search of his phone, providing the password to his phone.

  12.  On March 30, 2021, NCIS agents conducted a forensic analysis of BUBBERS's phone. During a preliminary review of the phone, I discovered the child pornography files BUBBERS indicated were in his "Hidden" folder. Among those

images and videos, I located a video that appeared to be the same video from the CyberTip, described above, along with numerous other images/videos of child pornography and bestiality.

13.  Based upon the foregoing facts, I have probable cause to believe that on or about December 9, 2020, in the Middle District of Florida, EVAN ANDREW BUBBERS, a/k/a "sunbob1234," did knowingly distribute a visual depiction using any means and facility of interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

Katherine Spina, Special Agent
Naval Criminal Investigative Service

Subscribed and sworn to before me this 31st day of March, 2021, at Jacksonville, Florida.

PATRICIA D. BARKSDALE
United States Magistrate Judge

7